NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HEAR-WEAR TECHNOLOGIES, LLC,**
*Appellant,*

**v.**

**K/S HIMPP,**
*Appellee.*

---

2014-1357

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 95/001,388.

---

**JUDGMENT**

---

JONATHAN S. FRANKLIN, Fulbright & Jaworski LLP, of Washington, DC, argued for appellant. Of counsel on the brief was SHEILA KADURA, of Austin, Texas.

ROBERT GREENE STERNE, Sterne, Kessler, Goldstein & Fox, PLLC, of Washington, DC, argued for appellee. With him on the brief were JON E. WRIGHT and JASON D. EISENBERG.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* BRYSON and WALLACH, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

|  |  |
|---|---|
| January 8, 2015 | /s/  Daniel  E.  O'Toole |
| Date | Daniel E. O'Toole |
|  | Clerk of Court |